**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7245**

ERNEST LEE CARROLL,

        Plaintiff - Appellant,

    v.

KEVIN REESE; ARTHUR L. THOMAS; GERALDINE STEEDLEY; THOMAS DOBSON,

        Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Beaufort. Patrick Michael Duffy, Senior District Judge. (9:09-cv-00199-PMD)

Submitted: February 24, 2011      Decided: March 2, 2011

Before GREGORY, SHEDD, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ernest Lee Carroll, Appellant Pro Se. Matthew Blaine Rosbrugh, MBR LAW, LLC, Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ernest Lee Carroll appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Carroll v. Reese, No. 9:09-cv-00199-PMD (D.S.C. Aug. 25, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED